ACCEPTED
03-17-00862-CV
21559495
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/2/2018 3:48 PM
JEFFREY D. KYLE
CLERK

No. 03-17-00862-CV

IN THE THIRD DISTRICT COURT OF APPEALS

AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/2/2018 3:48:01 PM
JEFFREY D. KYLE
Clerk

IN RE MONTE CHARLENE DIGGS COKER, *RELATOR*

---

On review from the County Court at Law
Burnet County, Texas
Cause No. 46097
Honorable Linda Bayless, Judge Presiding

---

APPEARANCE OF COUNSEL FOR, AND WAIVER OF
REPLY OF WILLIAM M. DIGGS JR,

TO THE HONORABLE COURT OF APPEALS:

Please note appearance of the undersigned Counsel who enters his appearance for all purposes for William Diggs, Jr., as real party in interest.

William Diggs, Jr., does not have sufficient resources to secure counsel to file a full reply in the time frame requested by the Court. Further, the likelihood that a more fully developed record shall be produced as a result of a future hearing on the merits, William Diggs, Jr., waives the filing of a complete response, and shall abide by the Order of the Court of Appeals pending resolution of the petition for mandamus.

---

Notice of Appearance of Counsel, and Waiver of Reply to Writ of Mandamus
Page 1

## PRAYER

Wherefore, premises considered, William M. Diggs, Jr., Real Party in Interest respectfully prays:

a. that this Court deny the Petition for Mandamus, and refer this matter back to the trial court for a trial on the merits.

b. take such other actions as the Court may find supportable at law;

William Diggs, Jr., further prays this Court to grant such other and further relief to which he may be entitled, both at law and in equity, including his taxable costs.

Respectfully Submitted,

_/s/Claude E. Ducloux_
**CLAUDE E. DUCLOUX**
State Bar No. 06157500
3700 N. Capital of Texas Highway,
Ste 300
Austin, Texas 78746
Telephone: (512) 716-8580
Telecopier: (512) 233-2388
Email: cducloux@affinipay.com

ATTORNEY FOR REAL PARTY IN
INTEREST, WILLIAM M. DIGGS, JR

## ATTORNEY'S CERTIFICATE OF
## COMPLIANCE WITH T.R.A.P. RULE 9.4

The undersigned attorney hereby certifies that the computer-generated word count on the relevant portions of this Reply to Writ of Mandamus is 186 words.

*/s/Claude E. Ducloux*
CLAUDE E. DUCLOUX, ATTORNEY
FOR REAL PARTY IN INTEREST

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the foregoing has been served on this the  2nd  day of   January  , 2018, to:

GEORGANNA L. SIMPSON
SBN 18400965
Email: georganna@glsimpsonpc.com
BETH M. JOHNSON
SBN 24078022
Email: beth@bethmjohnson.com
1349 Empire Central Drive
Woodview Tower, Ste 600
Dallas, Texas 75247

THE HONORABLE LINDA BAYLESS
County Court at Law
Email: ccalcoord@burnetcountytexas.org
220 S. Pierce, Room 206
Burnet, Texas 78611

H. BRYAN  HICKS
SBN: 09576400
901 Second Street
Marble Falls, Texas 79101
Email: bryan@bryanhickslaw.com

*Via Electronic Delivery and via United States Mail*